| | |
|---|---|
| **HARRIS D. LEINWAND, ESQ.** | Hearing Date: April 6, 2010 |
| 315 Madison Avenue Suite 901 | Hearing Time: 10:00 a.m. |
| New York, New York 10017 | Objection Deadline: March 16, 2010 |
| Tel: (212) 725-7338 | |

Attorneys for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                                          :
                                                                : Chapter 11
DELPHI CORPORATION, et al.,                                     : Case No. 05-44481 (RDD)
                                                                : Jointly Administered
                           Debtors,     :
----------------------------------------------------------------x
                                                                :
DELPHI CORPORATION, et al.,                                     : Adv. Pro. No. 07-02076 (RDD)
                                                                :
Plaintiffs,                                                     :
                                                                :
- against -                                                     :
                                                                :
                                                                :
AHAUS TOOL & ENGINEERING INC.                                   :
                                                                :
Defendant.                                                      :
----------------------------------------------------------------x

**NOTICE OF MOTION BY AHAUS TOOL & ENGINEERING INC. SEEKING
AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024,
VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN
ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE
DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE
TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II)
PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING
THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE
ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING
<u>ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

       **PLEASE TAKE NOTICE** that upon the accompanying motion (the "<u>Motion</u>") and all other pleadings and proceedings herein, Ahaus Tool & Engineering Inc. ("<u>Ahaus</u>") by its

1

undersigned counsel, shall move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on April 6, 2010 at 10:00 a.m. or such other date and time as soon thereafter as the Court may direct, for an Order (i) pursuant to Fed. R. of Civ. P. 60 and Fed. R. Bankr. P. 9024, vacating prior orders establishing procedures for certain adversary proceedings, including those commenced by the Debtors under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 553, and extending the time to serve process for such adversary proceedings, and (ii) pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), dismissing the adversary proceeding with prejudice, or (iii) in the alternative, dismissing the adversary proceeding on the ground of judicial estoppel, and (iv) for such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel for Ahaus no later than March 16, 2010 at 5:00 p.m. (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on 1 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format and shall be served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and served on Harris D. Leinwand, attorney for Defendant Ahaus, 315 Madison Ave., Suite 901, New York, NY 10017, attn: Harris D. Leinwand, Esq., in accordance with General Order M-182, so as to be received no later than the Objection Deadline.

Dated: New York, New York
February 25, 2010

        **HARRIS D. LEINWAND, ESQ.**
        Attorney for Defendant Ahaus Tool & Engineering Inc.

        _/S/_____
        Harris D. Leinwand, Esq. (HL-4419)
        315 Madison Avenue - Suite 901
        New York, NY 10017
        Telephone: (212) 7257338