**HARRIS D. LEINWAND, ESQ.**
315 Madison Avenue - Suite 901
New York, New York 10017
Tel: (212) 7257338

Hearing Date: April 6, 2010
Hearing Time: 10:00 a.m.
Objection Deadline: March 16, 2010

Attorney for Defendant Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               : Chapter 11
DELPHI CORPORATION, <u>et al</u>.,                             : Case No. 05-44481 (RDD)
                                                               : Jointly Administered
                        Debtors,                               :
---------------------------------------------------------------x
                                                               :
DELPHI CORPORATION, <u>et al</u>.,                             : Adv. Pro. No. 07-02076 (RDD)
                                                               :
Plaintiffs,                                                    :
                                                               :
         - against -                                           :
                                                               :
                                                               :
AHAUS TOOL & ENGINEERING INC.                                  :
                                                               :
Defendant.                                                     :
---------------------------------------------------------------x

**MOTION BY AHAUS TOOL & ENGINEERING INC. SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, AND (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING <u>THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL</u>**