UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DPH Holdings Corp. et al. | Case No. 05-44481 (RDD) |
| Delphi Corporation, et al. | |
|                 Plaintiffs, | Adv. Proc. No. 07-02076 (RDD) |
| against | |
| Ahaus Tool & Engineering Inc. | |

--------------------------------------------------------x

CERTIFICATE OF SERVICE

      I hereby certify that I served the Notice of Motion and Motion and Exhibits to dismiss the adversary proceeding, *inter alia*, on February 25, 2010 by Overnight Mail to the parties on the attached service list.

Dated: Albany, New York
       February 25, 2010

                              By /S/ James Cazavilan
                                    James Cazavilan


Cynthia Haffey, Esq.
Butzel Long
150 West Jefferson - Suite 100
Detroit, MI 48226


Honorable Robert D. Drain, Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601